# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEAN JOSEPH COLLIE

NO. 2021 KW 0636

**JULY 19, 2021**

---

In Re:     Dean Joseph Collie, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, Nos. 119808 & 119812.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a complete copy of the trial transcript. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983); La. Code Crim. P. art. 912.1(C)(1). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before August 19, 2021. Any future filing on this issue should include the entire contents of this application, the missing item noted above, and a copy of this ruling.

VGW
JEW
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT